UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Borowske, individually and on behalf of all others similarly situated, and the proposed Minnesota Rule 23 Class,<br><br>    Plaintiffs,<br><br>v.<br><br>FirstService Residential Minnesota, Inc.,<br><br>    Defendant. | Case No. 0:20-cv-01564-ECW |

**PLAINTIFF'S UNOPPOSED MOTION FOR CLASS AND CONDITIONAL CERTIFICATION AND FOR PRELIMINARY APPROVAL OF SETTLEMENT**
_____

Plaintiff Kevin Borowske, individually and on behalf of others similarly situated, moves the Court to grant Plaintiff's Unopposed Motion for Class and Conditional Certification and for Preliminary Approval of Settlement. The grounds for this motion are set forth in the supporting memorandum, declaration, and exhibits filed with it.

Dated: March 15, 2021

**NICHOLS KASTER, PLLP**

/s/ *Kayla M. Kienzle*
Michele R. Fisher, MN Bar No. 0303069
Kayla M. Kienzle, MN Bar No. 0399975
4700 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
fisher@nka.com
kkienzle@nka.com

**ATTORNEYS FOR PLAINTIFFS**