# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kevin Borowske, individually and on
behalf of all others similarly situated,
and the proposed Minnesota Rule 23 Class,

Case No. 0:20-cv-01564-ECW

    Plaintiffs,

v.

FirstService Residential Minnesota, Inc.,

    Defendant.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **at a date and time to be determined**, the parties shall appear before the Honorable Elizabeth Cowan Wright at the U.S. District Court for the District of Minnesota, 316 N. Robert Street, Courtroom 3C, St. Paul, MN 55101, or alternatively, via video conference to present Plaintiff's Unopposed Motion for Class and Conditional Certification and for Preliminary Approval of Settlement.  Alternatively, the Court may decide the Motion on the papers without a hearing.

Dated: March 15, 2021	**NICHOLS KASTER, PLLP**

/s/ *Kayla M. Kienzle*
Michele R. Fisher, MN Bar No. 0303069
Kayla M. Kienzle, MN Bar No. 0399975
4700 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 256-3200
fisher@nka.com
kkienzle@nka.com

**ATTORNEYS FOR PLAINTIFFS**