UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Borowske, individually and
on behalf of all others similarly situated,
and the proposed Minnesota Rule 23 Class,

    Plaintiffs,

v.

FirstService Residential Minnesota, Inc.,

    Defendant.

Case No. 0:20-cv-01564-ECW

---

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

---

Plaintiff Kevin Borowske, individually and on behalf of others similarly situated, moves the Court to grant Plaintiff's Unopposed Motion for Final Approval of Settlement. The grounds for this motion are set forth in the supporting memorandum, declaration, and exhibits filed with it.

| | |
|---|---|
| Dated: July 12, 2021 | **NICHOLS KASTER, PLLP** |
| | /s/ *Kayla M. Kienzle* |
| | Michele R. Fisher, MN Bar No. 0303069 |
| | Kayla M. Kienzle, MN Bar No. 0399975 |
| | 4700 IDS Center, 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| | Tel: (612) 256-3200 |
| | fisher@nka.com |
| | kkienzle@nka.com |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |