UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Borowske, individually and on behalf of all others similarly situated, and the Minnesota Rule 23 Class, | Case No. 20-cv-01564 (ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| FirstService Residential Minnesota, Inc., | |
| Defendant. | |

This case is before the Court on the parties' Stipulation for Dismissal (Dkt. 62). Having reviewed the Stipulation, including Exhibit A (Dkt. 62-1) and Exhibit B (Dkt. 62-2) the Stipulation is **APPROVED** and **IT IS ORDERED** as follows:

1. That the Eligible Settlement Class Members who timely cashed their settlement checks, identified in Exhibit A to the Stipulation, are dismissed from this case *with prejudice*.

2. That the Eligible Settlement Class Members who did not timely cash their settlement checks, identified in Exhibit B to the Stipulation, are dismissed from this case *without prejudice*.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 18, 2022

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

2

CASE 0:20-cv-01564-ECW   Doc. 64   Filed 07/18/22   Page 2 of 2

2