# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kevin Borowske | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-01564-ECW |
| FirstService Residential Minnesota, Inc. | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. That the Eligible Settlement Class Members who timely cashed their settlement checks, identified in Exhibit A to the Stipulation, are dismissed from this case *with prejudice*.

2. That the Eligible Settlement Class Members who did not timely cash their settlement checks, identified in Exhibit B to the Stipulation, are dismissed from this case *without prejudice*.

Date: 7/19/2022                                                                                          KATE M. FOGARTY, CLERK